UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRUMA CORPORATION, | No.  2:25-cv-3036-TLN AC PS |
| Plaintiff, | |
| v. | ORDER |
| MISSION FOODS CORP., et al., | |
| Defendants. | |

Plaintiff filed a motion for default judgment on February 2, 2026, which is referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(19).  Pursuant to Local Rule 230(c), defendants were required to file an opposition or notice of non-opposition within 14 days of the motion being filed.  Defendants have not appeared or filed an opposition.  Plaintiff submitted a declaration that the motion was properly served on defendants.  ECF No. 25-2 at 2.

The court hereby ORDERS defendants, within 14 days, to file an opposition or statement of non-opposition.  If defendants fail to respond, the motion for default judgment will be considered on the merits without the benefit of defendants' statement.

IT IS SO ORDRED.

DATED: March 27, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE